U.S. Department of Justice
U.S Attorneys

# United States District Court
# for the District of Columbia

FILED

JAN   2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA             :

V.                                   :         Case No. 07-349 (RWR)

VALERIE JENKINS,                     :
         DEFENDANT,
                                     :

## ORDER

1. Upon a representation by the United States that the defendant has never been subject of "routine processing" (booking, fingerprinting, photographing) in this case:

2. It is the __23rd__ day of __JANUARY, 2008__ ORDERED:

3. That if the defendant is released on bond that he or she be accompanied on by __STEVEN SULTAN / USPI JUDY RAMOS__ to the Central Cell Block of the Metropolitan Police Department, to the United States Marshal's Office and to __U.S. POSTAL INSPECTION SERVICE WASHINGTON FIELD OFFICE__ for "routine processing," and that this be a condition of being released on bond;

4. That if the defendant is not released on bond, the United States Marshall shall release the defendant to the custody of __STEVEN SULTAN / USPI JUDY RAMOS__ for the purpose of "routine processing," and at the conclusion thereof to return the defendant to the custody of the Marshal.

_/s/ signature_
Judge (U.S. Magistrate)   RICHARD W. ROBERTS

DOJ USA-16-80

DEFENSE COUNSEL