UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA  :
:
v.  : Criminal No. 07-349
:
VALERIE JENKINS,  :
:
Defendant.  :



FILED

JAN ? ? 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

STATEMENT OF THE OFFENSE

Pursuant to Fed. R. Cr. P. 11, defendant Valerie Jenkins agrees and stipulates as follows:

1. From approximately 1982 through in or about May of 2006, I worked as a bookkeeper for Dr. Harry Wachs, a Developmental Optometrist practicing in the District of Columbia. My duties included accounting and withholding Federal and State income tax, Social Security and Medicare amounts for Dr. Wachs and his wife Ruth Wachs.

2. Starting in or about 1998 through in or about May of 2006, I devised and executed a scheme to defraud Dr. and Mrs. Wachs and to obtain approximately $185,721 of their money, funds and property through false material pretenses, representations and promises. During this time period, I would periodically steal money from Dr. And Mrs. Wachs by transferring funds from their business bank account into my account at the Education Systems FCU. I used these stolen funds, totaling approximately $185,721, for my personal benefit or for the benefit of my family members.

3. Starting in approximately 2001, I set up an account at Wachovia Bank to be used for the payment of the Wachs' quarterly tax, social security and medicare liabilities to the IRS. I failed to set up this account correctly and, as a consequence, from that point on, no quarterly tax, social security and medicare payments were sent to the IRS. In part to keep my job that

permitted me with a continuing opportunity to steal money from the Wachs' business account, I failed to tell Dr. and Mrs. Wachs about the problem with the tax payments and I created and provided to Dr. and Mrs. Wachs monthly spreadsheets that falsely represented that Federal and State income tax, social security and medicare amounts ("payroll withholdings") had been paid for the listed time periods, when in reality such payroll withholdings had not been paid to the Federal and State agencies. I also falsified the check register on the main business bank account.

4. Without the knowledge of Dr. and Mrs. Wachs, I caused their Federal Income Tax returns to contain false information indicating that they had made tax payments to the Internal Revenue Service of amounts that I withheld from their pay checks, when in reality such payments had not been made.

5. On or about September 25, 2003, I caused Dr. and Mrs. Wachs to unwittingly sign and send via United States Postal Service from their residence in Maryland to the Internal Revenue Service Center in Philadelphia, Pennsylvania, a Form 1040 personal income tax return for the year 2002 with attachments, which I knew to contain false information concerning tax payments to the Internal Revenue Service.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney
for the District of Columbia

By: _____
JOHN D. GRIFFITH
Assistant U.S. Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 353-2453

## DEFENDANT'S ACCEPTANCE

I have read every word of this Statement of Offense. Pursuant to Fed. R. Cr. P. 11, after consulting with my attorney, I agree and stipulate to this Statement of Offense.

Date: 1/23/08

Valerie Jenkins
Defendant

I have discussed this Statement of Offense with my client, Ms. Jenkins. I concur with her decision to stipulate to this Statement of Offense.

Date: 1/23/08

Tony Miles, Esq.
Attorney for the Defendant