CO-526
(12/86)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA    )
                            )
                            )
            vs.             )   Criminal No. 7-349
                            )
_Valerie Jenkins_           )           FILED
                            )
                                        JAN 23 2008

                                  NANCY MAYER WHITTINGTON, CLERK
                                        U.S. DISTRICT COURT



### WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
            Defendant

_____
     Counsel for defendant

I consent:

_____
   United States Attorney

Approved:

_____
            Judge