AO 455 (Rev 5/85)   Waiver of Indictment

# United States District Court



_____ DISTRICT OF _____

UNITED STATES OF AMERICA
V.

WAIVER OF INDICTMENT

CASE NUMBER: 7-349

I, _____Valerie Jenkins_____, the above named defendant, who is accused of

**FILED**

JAN  2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __1-23-08__ prosecution by indictment and consent that the
                                        Date
proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
           Judicial Officer