IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **Plaintiff** : | |
| V. : | CRIMINAL NO. 07-349 (RWR) |
| : | |
| **VALERIE JENKINS** : | |
| : | |
| **Defendant** : | |

**UNOPPOSED MOTION FOR TEMPORARY LEAVE
TO TRAVEL OUTSIDE THE WASHINGTON, D.C. AREA**

Defendant, Valerie Jenkins, through undersigned counsel, respectfully requests a temporary modification of her release conditions in order to visit her daughter in Jacksonville, Florida. Counsel for the government does not oppose Ms. Jenkins' request. In support of this request, undersigned counsel states:

1. On April 22, 2008, Ms. Jenkins was sentenced to a period of incarceration in connection with her conviction for mail fraud. Ms. Jenkins was permitted to begin the service of her sentence by voluntarily surrendering at some later date which will be specified by the Bureau of Prisons.

2. Before serving her sentence, Ms. Jenkins wishes to visit her daughter who resides in Jacksonville, Florida. Ms. Jenkins wishes to travel to Jacksonville, Florida from April 27, 2008 to May 5, 2008. If permitted by this Court to travel to Jacksonville, Ms. Jenkins will return to her home in the state of Maryland by May 5, 2008 and she will report to her designated place of imprisonment on the date in which the Bureau of Prisons directs her to report.

WHEREFORE, Ms. Jenkins respectfully requests this Court to modify her release conditions to allow her to travel to Jacksonville, Florida from April 27, 2008 to May 5, 2008.

        Respectfully submitted,

        A.J. KRAMER
        FEDERAL PUBLIC DEFENDER


        _____/s/_____
        Tony W. Miles
        Assistant Federal Public Defender
        625 Indiana Avenue, N.W., Suite 550
        Washington, D.C.  20004
        (202) 208-7500

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| **Plaintiff** : | |
| V.     : | CRIMINAL NO. 07-349 (RWR) |
| : | |
| VALERIE JENKINS : | |
| : | |
| **Defendant** : | |

# O R D E R

Upon consideration of Defendant's Unopposed Motion For Temporary Leave To Travel Outside the Washington, D.C. Area, it is this _____ day of April 2008,

HEREBY ORDERED, that Ms. Jenkins shall be permitted to travel to Jacksonville, Florida from April 27, 2008 through May 5, 2008.

_____
United States District Court Judge