Case 1:07-cr-00349-RWR

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| Plaintiff : | |
| V. : | CRIMINAL NO. 07-349 (RWR) |
| VALERIE JENKINS : | |
| Defendant : | |

FILED
APR 25 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ORDER**

Upon consideration of Defendant's Unopposed Motion For Temporary Leave To Travel Outside the Washington, D.C. Area, it is this 25 day of April 2008,

HEREBY ORDERED, that Ms. Jenkins shall be permitted to travel to Jacksonville, Florida from April 27, 2008 through May 5, 2008.

_____
United States District Court Judge